155 A.3d 981

IN THE MATTER OF FRANK A. LAULETTA, III, AN
ATTORNEY AT LAW (ATTORNEY NO. 049581995)

MARCH 09, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–406, concluding that **FRANK A. LAULETTA, III,** of **SEWELL,** who was admitted to the bar of this State in 1996, should be censured for violating *RPC* 1.8(a)(engaging in improper business transaction with a client or improperly acquiring a possessory, security, or other pecuniary interest adverse to the client), *RPC* 4.1(a)(knowingly making a false statement of material fact or law to a third person, or failing to disclose a material fact to a third person when disclosure is necessary to

avoid assisting a criminal or fraudulent act by the client), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **FRANK A. LAULETTA, III,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.